IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK BANKS, <br><br> Plaintiff pro se, <br><br> v. <br><br> TIMOTHY PIVNICHNY, et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 1:15-CV-2065-WSD |

## **FINAL REPORT AND RECOMMENDATION**

This matter is before the Court upon plaintiff pro se's request to proceed in forma pauperis ("IFP") [1].

Plaintiff's statement in support of his request is insufficient for the Court to grant the request. Moreover, on June 12, 2015, the Court directed [2] plaintiff to submit a completed IFP application, or the full $400.00 filing fee, within thirty days of the date of that Order. Additionally, the Court cautioned plaintiff that failure to comply with that Order would result in a recommendation that this case be dismissed for failure to prosecute. See N.D. Ga. R. 41.3(A)(2) (permitting court to dismiss civil case for want of prosecution if a "plaintiff or plaintiffs attorney shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case"); Fed. R. Civ. P. 41.

AO 72A
(Rev.8/82)

More than thirty days has passed and plaintiff has failed to amend his <u>IFP</u> application or pay the filing fee. Accordingly, the undersigned **RECOMMENDS** that plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> [1] be **DENIED WITHOUT PREJUDICE** for failure to prosecute.

**SO RECOMMENDED**, this 13th day of July, 2015.

_/s/ Walter E. Johnson_
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE